IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JESSIE JAMES NELSON,

       Petitioner,

vs.                                    CASE NO. 3:05cv137/RS

JAMES R. McDONOUGH,

       Respondent.
_____/

## ORDER

Before the court is the Magistrate Judge's Report and Recommendation (Doc. 34). Petitioner has not filed objections.

**IT IS ORDERED**:

1. The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. The Amended Petition for Writ of Habeas Corpus (Doc. 16) is **denied**.

3. The clerk is directed to close the file.

ORDERED on March 5, 2007.

                                        /S/ Richard Smoak
                                        **RICHARD SMOAK**
                                        **UNITED STATES DISTRICT JUDGE**